**Motion Granted; Vacated and Remanded and Memorandum Opinion filed March 11, 2025.**



In The

# Fifteenth Court of Appeals

---

## NO. 15-24-00128-CV

---

## HARBOR AMERICA CENTRAL, INC., Appellant

## V.

## WILLIAM REEVES, Appellee

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2017-25574**

---

### MEMORANDUM OPINION

The Court abated this appeal on January 30, 2025, pending finalization of the parties' settlement agreement. On February 26, 2025, the parties jointly filed a motion requesting the Court to reinstate the appeal, set aside the trial court's judgment without regard to the merits, and remand the case to the trial court for

rendition of judgment in accordance with their settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

The motion is granted. We reinstate the appeal, set aside the trial court's judgment without regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *Id.* The Court's mandate will issue with the judgment. *Id.* R. 18.1(c).

PER CURIAM

Panel consists of Justices Field, Farris, and Rose.*

*The Honorable Jeff L. Rose, retired, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).